THE LAWRENCEVILLE CEMENT COMPANY, Appellant, *v.* S. WEBBER PARKER et al., Respondents.

(Argued April 19, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1891, which affirmed an order in favor of defendants, entered upon a decision of the court on trial at Special Term.

*William Henry Arnoux* for appellant.

*Michael H. Cardozo* and *Wilson Brown, Jr.,* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

W. H. HAYDEN MILLER, Respondent, *v.* WILLIAM H. CURTISS, Appellant.

(Argued April 20, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of June, 1891, which overruled defendant's exceptions and directed judgment in favor of plaintiff upon a verdict.

*John Brooks Leavitt* for appellant.

*Marshall P. Stafford* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.